**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Larry SEDBERRY, Defendant–
Appellant.**

No. 05–50725.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided March 27, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Samuel L. Martinez, Waco, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Larry Sedberry appeals from his jury-verdict conviction for being a felon in possession of a firearm. Sedberry contends that the evidence was insufficient to prove that he possessed a firearm. As Sedberry concedes he did not move for a judgment of acquittal at the end of the Government's case or at the close of all evidence.

When viewed in the light most favorable to the jury's verdict, the evidence shows that Sedberry knowingly possessed the firearm. The arresting officer positively identified Sedberry as the person he observed in the gas station and also as the person he saw drop the handgun. The jury was free to accept as credible the testimony of the officer and to find Sedberry guilty of being a felon in possession of a firearm. See *United States v. Lindell*, 881 F.2d 1313, 1322 (5th Cir.1989). Accordingly, Sedberry's conviction does not constitute a manifest miscarriage of justice. See *United States v. Griffin*, 324 F.3d 330, 356 (5th Cir.2003).

AFFIRMED.

---

tracting Co. v. S. Concrete Servs. Inc., 17 F.3d 106, 113 (5th Cir.1994) (holding an argument waived for failure to cite authority).

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.